UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES BEVERLY                                                                                       PLAINTIFF

VS                                                                              CIVIL ACTION NO. 3:14CV-426-H

ASSET ACCEPTANCE, LLC, et al.                                                            DEFENDANT(S)

### ORDER

Counsel having notified the Court of a Voluntary Dismissal pursuant to Rule 41 (DN#17), **IT IS HEREBY ORDERED** that the following party, PORTFOLIO RECOVERY ASSOCIATES, LLC, as defendant is **DISMISSED** from the Court's docket.

Date: August 7, 2014

Copies to counsel