# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **JAMES BEVERLY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| **ASSET ACCEPTANCE, LLC, CAVALRY PORTFOLIO SERVICES, LLC, and PORTFOLIO RECOVERY ASSOCIATES, LLC** | ) 3:14-cv-00426-JGH |
| | ) |
| **Defendants.** | ) |

## NOTICE OF SETTLEMENT

**COME NOW** plaintiff James Beverly and defendant Asset Acceptance, LLC (collectively, "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 3rd day of November, 2014.

/s/ *James H. Lawson* (with permission)
James H. Lawson
*Lawson at Law, PLLC*
115 Sherrin Avenue, Unit #4
Louisville, KY 40207
Phone: (502) 473-6525
Email: james@kyclc.com

Attorney for Plaintiff
JAMES BEVERLY


/s/ *Reid S. Manley*
Reid S. Manley

21661718 v1

                                           Kentucky Bar No. 90360
                                           BURR & FORMAN LLP
                                           420 North 20th Street, Suite 3400
                                           Birmingham, Alabama  35203
                                           Telephone: (205) 251-3000
                                           Facsimile: (205) 458-5100
                                           rmanley@burr.com

                                           Attorney for Defendant
                                           ASSET ACCEPTANCE, LLC