# UNITED STATES DISTRICT COURT
for the
## Western District of Kentucky
## Louisville Division

| | |
|---|---|
| James Beverly )<br>    *Plaintiff* )<br> )<br>v. )<br> )<br>Asset Acceptance, LLC, *et al.* )<br>    *Defendants* )<br> ) | Case No.   3:14-cv-00426-JGH |

## Joint Stipulation of Dismissal

Plaintiff James Beverly and Defendants Cavalry SPV I, LLC and Cavalry Portfolio Services, LLC, by counsel, hereby jointly request that this Court dismiss this case with prejudice, each side to pay their own attorneys' fees and costs.

July 23, 2015

AGREED TO BY:

/s/ *James H. Lawson*
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
E-mail: james@kyclc.com
*Counsel for Plaintiff*

*/s/ Matt Stromquist (with permission)*
Pilgrim Christakis LLP
321 N. Clark Street, 26th Floor
Chicago, IL 60654
MStromquist@pilgrimchristakis.com
*Counsel for Defendants*