UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES BEVERLY, Plaintiff,

v.  Civil Action No. 3:14-cv-426-DJH

ASSET ACCEPTANCE, LLC, et al, Defendants.

\* \* \* \* \*

## ORDER

The parties having filed a stipulation of dismissal with prejudice (Docket No. 47), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and is **STRICKEN** from the Court's active docket. All dates set in this matter are **VACATED**. All pending motions are **DENIED** as moot.

July 24, 2015

**David J. Hale, Judge
United States District Court**